# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 14-cv-80701

CHRISTINE M. TROMBLEY and
JANNY G. CLARK,

    Plaintiffs,

v.

THE DENTAL LAW FIRM PA, d/b/a
SHOCHET LAW GROUP, a Florida corporation;
and RANDALL SHOCHET, an individual,

    Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, JANNY G. CLARK, and Defendant, THE DENTAL LAW FIRM PA, d/b/a SHOCHET LAW GROUP, a Florida corporation and RANDALL SHOCHET, an individual hereby file notifies the court of the settlement reached by the parties. The parties will file the agreement and joint motion for approval once they are finalized.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on January 30, 2015 on all counsel or parties of record on the Service List below.

                    s/Cathleen Scott
                    Cathleen Scott, Esq.
                    Florida Bar No. 135331
                    Primary e-mail: CScott@floridalaborlawyer.com
                    Secondary e-mail: mail@floridalaborlawyer.com
                    CATHLEEN SCOTT & ASSOCIATES, P.A.
                    Jupiter Gardens
                    250 South Central Boulevard
                    Suite 104-A
                    Jupiter, FL 33458
                    Telephone:   (561) 653-0008

Facsimile:     (561) 653-0020
Secondary Address:  101 Northpoint Parkway
West Palm Beach, FL 33407
www.FloridaLaborLawyer.com
*Counsel for Plaintiff*

## SERVICE LIST
### CASE NO.: 14-cv-80701

Christian Posada, Esquire
(Florida Bar No. 484792)
The Asset Shield Law Group
4897 Jog Road
Greenacres, FL 33467
Telephone: (561) 244-5308
Facsimile: (561) 253-2695
Primary Email: Cposada@assetshieldlaw.com
Secondary Email: Paralegal@assetshieldlaw.com